IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO: 2019-CA-2532
DIVISION: CV-H

RICHARD JETER,

    Plaintiff,

vs.

A&S SERVICES GROUP, LLC, a Limited Liability
Company and CURTIS WILLIAMS,

    Defendants.

## SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

CURTIS WILLIAMS
91 Slate Drive
Dallas, GA 30132

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call the attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail a copy or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

RANDALL RUTLEDGE, ESQUIRE
Florida Bar No: 0067202
FARAH & FARAH, P.A.
10 W. Adams Street
Jacksonville, Florida 32202
904/396-5555
Attorney for Plaintiff

DATED ON April ___05___, 2019.

RONNIE FUSSELL
**CLERK CIRCUIT COURT**

By: _____
    Deputy Clerk



[10127010/1]



IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

RICHARD JETER,

    Plaintiff,

vs.

A&S SERVICES GROUP, LLC, a Limited Liability
Company and CURTIS WILLIAMS,

    Defendants.

_____/

## COMPLAINT

Plaintiff, RICHARD JETER, by and through his undersigned attorney, sues Defendants, A&S SERVICES GROUP, LLC, a Limited Liability Company and CURTIS WILLIAMS, and alleges:

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, Plaintiff, RICHARD JETER, was and is a resident of Callahan, Nassau County, Florida.

3. At all times material hereto Defendant, A&S SERVICES GROUP, LLC, a Limited Liability Company, (herein after referred to as " A&S SERVICES GROUP, LLC") was authorized to and was doing business in the State of Florida.

4. That at all times material hereto, Defendant, CURTIS WILLIAMS, was and is a resident of Dallas, Paulding County, Georgia.

5. At all times material hereto, Plaintiff, RICHARD JETER, was driving a 2015 Mercedes vehicle bearing License Tag Number Z757D.

[10126763/1]

6. At all times material hereto, Defendant, CURTIS WILLIAMS, was driving a 2013 Freightliner, Tag Number 2780603, Indiana within the course and scope of his employment with Defendant, A&S SERVICES GROUP, LLC.

7. On or about October 29, 2018, at approximately 2:15 p.m. at or near the intersection of MLK Jr. Parkway and N. Myrtle Avenue, Jacksonville, Duval County, Florida, Defendant, CURTIS WILLIAMS, negligently operated and/or maintained the above said motor vehicle so as to cause a collision with the vehicle operated by the Plaintiff, RICHARD JETER. Plaintiff, RICHARD JETER, was caused to sustain serious and permanent injuries.

## COUNT I

## NEGLIGENCE OF CURTIS WILLIAMS

Plaintiff realleges and reavers Paragraphs 1 through 7 as if fully set forth herein and would further state:

8. At all times material hereto, the Defendant, CURTIS WILLIAMS, owed a duty to the Plaintiff, RICHARD JETER, to exercise reasonable care in the operation and control of the vehicle in his control so as not to injure the Plaintiff.

9. At all times material hereto, the Defendant, CURTIS WILLIAMS, was careless and negligent and breached the above duty in one or more of the following ways:

    a. By failing to properly operate said vehicle so as to avoid a collision with the Plaintiff;

    b. By failing to maintain a proper lookout;

    c. By failing to keep his vehicle under control;

      d.     By traveling at an excessive rate of speed;

10. As a direct and proximate result of the negligence of the Defendant, CURTIS WILLIAMS, the Plaintiff, RICHARD JETER, was injured in and about his body and/or aggravated a pre-existing condition of injury, suffered pain therefrom, incurred medical and related expenses in the treatment of his injuries, suffered physical handicap, suffered significant scarring and disfigurement, suffered psychological and emotional injuries, suffered loss of wages, and his working ability was impaired, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of an important bodily function, and has lost the capacity for the enjoyment of life.

11. In that the injuries suffered by Plaintiff are continuing in nature, he will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will be further compelled to expend great sums of money for medical care and related treatment for those injuries, and will continue to suffer the loss of the capacity for the enjoyment of life.

WHEREFORE, the Plaintiff, RICHARD JETER, demands judgment for compensatory damages against the Defendant, CURTIS WILLIAMS, for an amount in excess of $15,000.00, together with costs and demands trial by jury of all issues triable as of right by a jury.

## COUNT II

## NEGLIGENCE OF A&S SERVICES GROUP, LLC
## RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

Plaintiff realleges and reavers paragraphs 1 through 7 as though fully set forth herein, and would further state:

12. At all times material hereto, Defendant, CURTIS WILLIAMS, was an agent, employee or servant of the Defendant, A&S SERVICES GROUP, LLC.

13. At all times material hereto, the Defendant, A&S SERVICES GROUP, LLC, is vicariously liable for the acts of negligence and breach of duty by its agent, employee or servant, CURTIS WILLIAMS, committed within the course and scope of his employment.

14. At all times material hereto, Defendant, CURTIS WILLIAMS, was operating the subject motor vehicle within the course of his employment with the Defendant, A&S SERVICES GROUP, LLC.

15. At all times material hereto, Defendant, CURTIS WILLIAMS, owed a duty to the Plaintiff, RICHARD JETER, to exercise reasonable care in the operation and control of the vehicle in his custody and control so as not to subject other persons on the roadway, including Plaintiff, RICHARD JETER, to an unreasonable risk of harm.

16. At all times material hereto, Defendant, CURTIS WILLIAMS, was careless and negligent and breached the above duty in one or more of the following ways:

    a. By failing to properly operate said vehicle so as to avoid a collision with another vehicle;

    b. By traveling at an excessive rate of speed;

   c. By failing to maintain proper lookout;

   d. By failing to keep his vehicle under control;

17. At all times material hereto, the Defendant, A&S SERVICES GROUP, LLC, is vicariously liable for the acts of negligence and breach of duty by its agent, employee or servant, Defendant, CURTIS WILLIAMS, committed within the course and scope of his employment.

18. As a direct and proximate result of the negligence of Defendant, CURTIS WILLIAMS, the Plaintiff, RICHARD JETER, was injured in and about his body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of his injuries, suffered physical handicap, suffered scarring and disfigurement, suffered psychological and emotional injuries, suffered loss of wages, and his working ability was impaired, sustained permanent injuries within a reasonable degree of medical probability and/or suffered permanent loss of bodily function, and has lost the capacity for the enjoyment of life.

19. In that the injuries suffered by the Plaintiff, RICHARD JETER, are continuing in nature, he will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will further compelled to expend great sums of money for medical care and related treatment for those injuries and will continue to suffer the loss the capacity for the enjoyment of life.

WHEREFORE, the Plaintiff, RICHARD JETER, demands judgment for compensatory damages against the Defendants, A&S SERVICES GROUP, LLC and

[10126763/1]

CURTIS WILLIAMS, together with costs and demands trial by jury of all issues triable as of right by a jury.

FARAH & FARAH, P.A.

_____
Randall Rutledge
Florida Bar No.: 0067202
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202
(904) 396-5555
(904) 358-5289 (facsimile)
Primary Email:rrutledge@farahandfarah.com
Secondary Email: adowns@farahandfarah.com
Attorney for Plaintiff

[10126763/1]

# BRADLEY, SEABURN & ASSOCIATES
## ORIGINAL RETURN OF SERVICE



Control NO. **CP19-229**

| Richard Jeter | A&S Services Group LLC and Curtis Williams | Summons, Complaint, Notice of service of interrogatories with interrogatories, request for production | 2019-CA-2532 |
|---|---|---|---|
| (PLAINTIFF) | VS (DEFENDANT) | TYPE OF PROCESS | CASE # |

Circuit Court, Duval County, Florida

Summons, Complaint, Notice of service of interrogatories with interrogatories, request for production
(COURT)

| ATTORNEY: Randall Rutledge | TO: Curtis Williams |
|---|---|
| Farah & Farah<br>10 W Adams St<br>Jacksonville, FL 32202 | 91 Slate Dr<br>ADDRESS: Dallas, GA 30132 |

SUMMONS, COMPLAINT, NOTICE OF SERVICE OF INTERROGATORIES WITH INTERROGATORIES, REQUEST FOR PRODUCTION

RECEIVED THIS PROCESS AT 9:00 AM ON THE 7TH DAY OF APRIL A.D. 2019 AND SERVED THE SAME ON CURTIS WILLIAMS (INDIVIDUAL) THE WITHIN NAMED (DEFENDANT) AT 1620 ON THE 8-12 DAY OF MAY A.D. 2019 IN PAULDING COUNTY, GEORGIA.     time     date    month

SUMMONS, COMPLAINT, NOTICE OF SERVICE OF INTERROGATORIES WITH INTERROGATORIES, REQUEST FOR PRODUCTION

___ INDIVIDUAL: BY DELIVERING TO THE WITHIN NAMED (CURTIS WILLIAMS) A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AND, AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED (Curtis Williams) A COPY OF THE SUMMONS, COMPLAINT, NOTICE OF SERVICE OF INTERROGATORIES WITH INTERROGATORIES, REQUEST FOR PRODUCTION.
who was served

*[signature]* 554
Paulding County Sheriff's Office
SPECIAL PROCESS SERVER, DULY APPOINTED AND QUALIFIED PURSUANT TO F.S.48.021(2).

WHITE — Court Clerk     CANARY — Attorney or Plaintiff     PINK — File Copy     GREEN - Server's Worksheet